# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>8 STREET 888 LLC, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02115-BLF<br><br>**ORDER TO SHOW CAUSE** |

No filings have been made in this case since May 6, 2021. ECF No. 16. Defendant has not filed an answer, but Plaintiff has not made any request of the Court. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge