# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 21-cv-02115-BLF |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE CONTEMPT** |
| 8 STREET 888 LLC, et al., | |
| Defendants. | |

Defendants 8 Street 888 LLC and Kieu Chinh T. Tran and their attorney Michael Chinh H. Vu are hereby **ORDERED TO SHOW CAUSE** why they should not be held in contempt of court and fined in the amount of $250 plus reasonable attorneys' fees for failure to appear at a scheduled status conference and comply with an order of this Court. Defendants SHALL respond in writing to this order to show cause **no later than Thursday, February 24, 2022**. An order to show cause hearing is set on **Thursday, March 3, 2022 at 9:00 a.m. via Zoom**.

**IT IS SO ORDERED.**

Dated: February 10, 2022

_____
BETH LABSON FREEMAN
United States District Judge